

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00285-CR

**IN RE** Flanzo **TOWNES**

Original Mandamus Proceeding[1]

**ORDER**

On May 29, 2020, relator filed a pro se petition for writ of mandamus. Because we conclude relator's petition is now moot and he has been appointed counsel, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 5, 2020

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009CR0764, styled *State of Texas v. Flanzo LaFonte Townes*, pending in the 226th Judicial District Court, Bexar County, Texas. The Honorable Sid L. Harle signed the order at issue in this proceeding.